IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

FILED
OCT -2 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| VICTOR RIVERA, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 3:08-cv-00327-DWD |
| BANK OF AMERICA, N.A., | ) ) ) |
| Defendant | ) |

## ORDER

THIS MATTER came before the Court upon the Stipulation and joint motion of the parties for the transfer of this action to the United States District Court For the Western District of Virginia (Harrisonburg Division) pursuant to 28 U.S.C. § 1404(a), and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the requested transfer for the purpose of effectuating the global settlement as stated in the Stipulation would serve the convenience of the parties and is in the interest of justice, and that the joint motion should be granted; it is hereby

ORDERED that this action be and hereby is transferred to the United States District Court for the Western District of Virginia (Harrisonburg Division) to effectuate the global settlement.

Entered this 2nd day of October, 2009.

/s/
Dennis W. Dohnal
United States Magistrate Judge

2746229

